IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JEMOND D. MABRY, AIS# 209865,** | : |
| Plaintiff, | : |
| vs. | :   CIVIL ACTION 05-0129-CG-D |
| **WARDEN C. DAVENPORT, et al.,** | : |
| Defendants. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** without prejudice, prior to service of process, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for plaintiff's failure to state a claim upon which relief may be granted.

**DONE** this 8th day of November, 2005.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE